**Opinion issued February 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00639-CR

———————————

**ASDRUBAL RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case No. 1859676**

---

## MEMORANDUM OPINION

Appellant Asdrubal Rodriguez attempted to appeal from a judgment of conviction for the offense of aggravated robbery for which appellant was sentenced to 20 years in prison. *See* TEX. PEN. CODE § 29.03. Rodriguez's appointed counsel has advised the Court that Rodriguez waived the right of appeal.

"In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only (A) those matters that were raised by written motion filed and ruled on before trial, (B) after getting the trial court's permission to appeal, or (C) where the specific appeal is expressly authorized by statute." TEX. R. APP. P. 25.2(a)(2). "An agreement to a sentencing cap is an agreed plea bargain for purposes of Rule 25.2(a)(2)." *Wilson v. State*, 264 S.W.3d 104, 108 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

The clerk's record indicates that Rodriguez pleaded guilty and as part of his plea, he agreed to waive his right to appeal. In exchange for his guilty plea, the State agreed to a sentencing cap of 40 years instead of the full range of sentencing available for a first-degree felony, 5 to 99 years or life in prison. *See* TEX. PENAL CODE §12.32(a). The trial court sentenced Rodriguez to 20 years in prison, and it certified that Rodriguez had no right of appeal because this was a plea-bargain case. Because appellant has no right of appeal, we must dismiss the appeal for lack of jurisdiction. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, we dismiss this appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

Do not publish.  TEX. R. APP. P. 47.2(b).